Argued February 24, 1944; decided April 6, 1944.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran, Orrin G. Judd* and *W. Gerard Ryan* of counsel), for appellant.
*Mildred Satler* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.